B3B (Official Form 3B) (12/07) -- Cont.

# United States Bankruptcy Court
Northern District of Illinois

In re: Cleopatra Aquino    Case No. 09-15417
Debtor(s)

## ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[X] DENIED.

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ 75.00 on or before 5-14-09
$ 75.00 on or before 5-28-09
$ 75.00 on or before 6-11-09
$ 74.00 on or before 6-25-09

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ :AM/PM at _____
(address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

BY THE COURT:

DATE: 4-30-09    JCX Jacqueline P. Cox
United States Bankruptcy Judge

## CERTIFICATE OF SERVICE

Case Number :    09 B 15417

Case Name : Cleopatra Aquino

I, Anthony Watson, Courtroom Deputy to the Honorable Judge Jacqueline P. Cox, certify that on April 30, 2009 I caused copies of the attached **Order on Debtor's Application for Waiver of the Chapter 7 Filing Fee** dated , April 30, 2009 to be served to the parties listed below via facsimile (where indicated) electronically (where indicated)
via First Class Mail (**)

Cleopatra Aquino (**)
1510 W 17th St, Apt #2
Chicago, IL 60608

Catherine L. Steege, Esq
Jenner & Block
330 N. Wabash Avenue
Chicago, IL 60611
served electronically

William T. Neary
Office of the U. S. Trustee, Region 11
219 South Dearborn, Rm 873
Chicago, IL 60604
served electronically

_____
Anthony Watson
Courtroom Deputy